UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

JOHN DeROSSI
         Plaintiff,

         Case No. 3:02CV247(JCH)

-against-

NATIONAL LOSS MANAGEMENT,         February 24, 2004
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY
         Defendants.

------------------------------------X

FILED
2004 FEB 24  P 2: 54

DEFENDANTS NATIONAL LOSS MANAGEMENT, NATIONAL MARINE
UNDERWRITERS, INC. AND HANOVER INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT

Now come defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company, and make this Motion for Summary Judgment, and submit in support thereof:

1)    Memorandum of Law in Support of defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company's Motion for Summary Judgment;

2)    the 28 U.S.C. § 1746 Statement of Richard J. Logan; and

3)    Local Civil Rule 56(a)(1) Statement

Dated: Easton, Connecticut
February 24, 2004

LOVEJOY & ASSOCIATES
Attorneys for Defendants,
National Loss Management,
National Marine Underwriters, Inc.
and Hanover Insurance Company

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

DeRossiMotion.doc

1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 24, 2004, postage prepaid, to:


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

_____
Frederick A. Lovejoy