Exhibit  A

D.N. X05CV990171669S            :        **Superior Court**

**Rocco, Andrew**                :        **Complex Litigation**
                                          **Docket at Stamford**

                        **v.**

**Continental Insurance Company**    :    **November 22, 2002**

## Order

  The motion to strike is denied with regard to counts two (bad faith claim) and three

(misrepresentation claim). While the court agrees that the federal court would have jurisdiction

because this is a contract for marine insurance, defendant has not pointed to any specific federal

rules governing the construction of marine insurance contracts which would preempt state law.

Hartford Fire Insurance Co. v. Mitlof, 208 F.Supp. 2d 407 (2002). Accordingly, if there are no

such federal admiralty rules, Connecticut law would determine the scope and validity of the

marine insurance policy provisions and the consequences of breaching them. See also Wilburn

Boat Co. v. Fireman's Insurance Co., 348 U.S. 310,313 (1955) [since the insurance policy is a

maritime contract there is federal jurisdiction but it does not follow that every maritime contract

can only be controlled by federal admiralty law].

  Motion to strike count four (CUTPA) is granted. Norwalk Cove Marina, Inc. v. S/V

ODYSSEUS, 90 F. Supp. 2d 190 (D. Conn. 2000). Motion to Strike count five (CUIPA) is

granted because there is no private right of action under CUIPA.

CHASE T. ROGERS

Exhibit  B

# Cella, McKeon & Williams, P.C.

ATTORNEYS
AND COUNSELORS
AT LAW
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
James G. Williams
†○Kevin P. Walsh
Michael F. O'Connor
○○Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

Individual e-mail addresses:

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

March 28, 2001

**Via fax:  203-256-3252**

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut  06490

Re:  DeRossi vs. National Marine Underwriters, et al

Dear Attorney Lovejoy:

As a follow-up to our conversation of February 15, 2001, we both agreed that this matter should proceed to be arbitrated, consistent with the original intention of the parties. However, I indicated that in order for the matter to proceed to arbitration, I need to have you agree on behalf of your principals to agree to a tolling of this case. This is not to say that the insurance carrier would waive its one-year limitation, rather given the request and intention to proceed with arbitration, that the parties mutually agree that the one-year time period shall be tolled until a fixed date. Specifically, I recommend that the fixed date be July 1, 2001.

By selecting this date, the parties agree to move forward with the arbitration and have incentive to complete the arbitration in a timely fashion. Moreover, it dispenses with the need for me to file the lawsuit today in order to preserve my client's rights.

I have herewith enclosed a copy of the suit papers that I have placed in the hands of a Sheriff for service. Provided we can agree of a tolling date of July 1, 2001, the Sheriff will refrain from making service. I am further prepared to agree that we will initiate suit within thirty days of July 1, 2001 in the even the arbitration has not been finalized. I expect, unless you agree to the tolling as requested above, you will seek to dismiss the action based upon the arbitration language. Given the outstanding issue of the tolling, I think that the chances are minimal that the court will dismiss the action as long as the defendants refuse to agree to a tolling of the arbitration clause. I agree with your assessment that the necessity of filing a suit will be more expensive for everyone. However, as indicated, I have no choice.

Despite the suit papers, we intend to proceed with the arbitration per our agreement. Would you kindly advise the name or your selected arbitrator?

I await your response.

Sincerely,

Kevin P. Walsh

KPW:fvw

Exhibit  C

# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

April 6, 2001

Re:    DeRossi v. National Marine Underwriters
       (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

Further to our correspondence of March 31, 2001 this will confirm that our client has agreed to toll the one year statute of limitations to and including July 31, 2001, i.e., 30 days beyond the July 1, 2002 date as contained in your correspondence dated March 28, 2001; i.e., the date for the full and final completion of the appraisal process. In exchange for the defendants, as you have referred to my clients, namely National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company, agreeing to "toll" the statute of limitations period contained in the insurance contract your client has agreed that all claims, of whatever nature, will be commenced by July 31, 2001 or are time barred.

As we previously advised you my clients are concerned with the inordinate amount of time that has transpired to date. Simply stated, the passage of time only allows the materials to degrade and will prevent a fair appraisal process to the prejudice of my clients. Please remember that the drop dead date is July 1, 2001. As you know my client selected its appraiser over a month and did not have any response from you until March 28, 2001. No additional extensions will be granted.

Yours very truly,

Frederick A. Lovejoy

FAL/cm
Walsh04/06/01

NEW YORK OFFICE:    82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                    TELEPHONE: (212) 344-1717   TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

# Exhibit  D

# LOVEJOY & ASSOCIATES
## ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 28, 2001

Via Telefax:  (203) 234-2974

Re:    DeRossi v. National Marine Underwriters
       (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

My client, National Loss Management has been able to identify a substitute appraiser with respect to the matter ahead of the proposed schedule that we suggested in our correspondence dated February 21, 2001.  We are, therefore, ready, willing and able to exchange names of appraisers with you as soon as Dr. DeRossi is ready to name his substitute appraiser.

Thank you for your prompt attention to the above.

Yours very truly,

Frederick A. Lovejoy

FAL/jr
Walsh2.doc

NEW YORK OFFICE:         82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                         TELEPHONE: (212) 344-1717  TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:     1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                         TELEPHONE: (401) 273-7747  TELEFAX: (401) 421-4818

```
MODE = MEMORY TRANSMISSION          START=FEB-28 14:45    END=FEB-28 14:45

    FILE NO.=188

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.    PAGES    DURATION

  001      OK       ☎        912032342974-7233      001/001  00:00:27
```

```
************************************ -203 256 3252    - ***** -     203 256 3252- ***********
```

## LOVEJOY & ASSOCIATES
ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes†
Patricia A. Shepard+

*Admitted NY, CT, RI and NJ
*Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 28, 2001

Via Telefax: (203) 234-2974

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

My client, National Loss Management has been able to identify a substitute appraiser with respect to the matter ahead of the proposed schedule that we suggested in our correspondence dated February 21, 2001. We are, therefore, ready, willing and able to exchange names of appraisers with you as soon as Dr. DeRossi is ready to name his substitute appraiser.

Thank you for your prompt attention to the above.

Yours very truly,

Frederick A. Lovejoy

FAL/jr
Walsh2.doc

NEW YORK OFFICE:        82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                        TELEPHONE (212) 344-1717  TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747  TELEFAX: (401) 421-4818

# Exhibit  E

# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

———

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

March 31, 2001

VIA TELEFAX
(203) 234-2974

Re:    DeRossi v. National Marine Underwriters
       (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

We acknowledge receipt of your correspondence dated March 28, 2001. While the above indicates that it was also sent by telefax, we did not receive a telefax of the letter. Additionally, that correspondence indicates that it included an enclosure, but again no enclosure was attached to your correspondence. Please telefax a copy of your enclosure.

We remain puzzled by your position. My client has identified a substitute arbitrator/appraiser, and we made this fact known to you by correspondence dated February 28, 2001. Had your client identified his arbitrator/appraiser, this matter most likely would already be on its way to resolution.

Simply stated, the insurance contract requires that your client submit to an "appraisal" if there is a dispute, and for some inexplicable reason you and/or your client refuse to abide by that provision.

NEW YORK OFFICE:    82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                    TELEPHONE: (212) 344-1717   TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4318

We suggest that you/your client name its arbitrator on a mutually agreed date this week, at which time my client will name its arbitrator; i.e., exchange arbitrator designations, and get this matter moving to resolution. We will call you at 4:00 on Tuesday afternoon to exchange arbitrator names. If for some reason your client is unwilling to do so, or that time is inconvenient for you, please advise by return telefax. (I will be in the office all day Tuesday and Wednesday save lunch hour.)

Yours very truly,

Frederick A. Lovejoy

FAL/jr
Walsh3.doc

```
MODE = MEMORY TRANSMISSION          START=APR-01 12:13    END=APR-01 12:14

  FILE NO.=805

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.   PAGES   DURATION

 001       OK      ☎         912032342974-0722       002/002  00:00:38
```

```
******************************* -203 256 3252  - ***** -   203 256 3252- *********
```

## LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes*
Patricia A. Shepard†

*Admitted in NY, CT, RJ and NJ
^Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

March 31, 2001

<u>VIA TELEFAX</u>
(203) 234-2974

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

     We acknowledge receipt of your correspondence dated March 28, 2001. While the above indicates that it was also sent by telefax, we did not receive a telefax of the letter. Additionally, that correspondence indicates that it included an enclosure, but again no enclosure was attached to your correspondence. Please telefax a copy of your enclosure.

     We remain puzzled by your position. My client has identified a substitute arbitrator/appraiser, and we made this fact known to you by correspondence dated February 28, 2001. Had your client identified his arbitrator/appraiser, this matter most likely would already be on its way to resolution.

     Simply stated, the insurance contract requires that your client submit to an "appraisal" if there is a dispute, and for some inexplicable reason you and/or your client refuse to abide by that provision.

NEW YORK OFFICE:          82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                          TELEPHONE (212) 344-1717  TELEFAX (203) 256-3252

RHODE ISLAND OFFICE:      1556 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                          TELEPHONE (401) 273-7747  TELEFAX (401) 421-1818

Exhibit  F

Post-It® brand fax transmittal memo   4/4/2001

To: Kevin Walsh   From: Fred Lovejoy
Co.   Co.
Dept.   Phone #
Fax # (203) 284-2974   Fax #

April 6, 2001                     D R A F T

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Mr. Guy Falkenheimer                        VIA TELEFAX

Mr. John Smith                              VIA TELEFAX
John Smith and Associates Marine Surveyors  (843) 846-9561
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561

Dear Sirs:

        We wish to advise that each of you has been appointed to act as appraiser to determine the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot Formula. The appraisal provision contained in the applicable insurance policy requires that the two of you select a third disinterested person for purposes of conducting the appraisal. As part of the appraisal you may want to request documents and/or materials form either the insured or the underwriter. Please make any such requests through one or other of the undersigned with a copy to the other.

        Please contact each other for the purpose of selecting a third appraiser. Once a third appraiser has been selected please provide his particulars.

Yours very truly,

_____

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
Attorneys for John Derossi
21 Washington Avenue
North Haven, Connecticut 06473
(203) 239-5881
(203) 234-2974 telefax

_____

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
Attorneys for National Loss Management
3695 Post Road
Southport, Connecticut 06490
(203) 256-8666
(203) 256 3252 telefax

DeRossiFalkenheimer.doc

```
MODE = MEMORY TRANSMISSION              START=APR-06 08:32    END=APR-06 08:33

     FILE NO.=897

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.    PAGES   DURATION

  001      OK      ☎          912032342974-0722     002/002  00:00:35
```

******************************* -203 256 3252    - ***** -    203 256 3252- ********

Post-It™ brand fax transmittal memo 7671   # of pages ▶ 2

To Kevin WalsL          From Fred Lovejoy
Co.                     Co.
Dept.                   Phone #
(263) 284-2974          Fax #

April 6, 2001                      D R A F T

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Mr. Guy Falkenheimer                              VIA TELEFAX


Mr. John Smith                                    VIA TELEFAX
John Smith and Associates Marine Surveyors        (843) 846-9561
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561


Dear Sirs:

        We wish to advise that each of you has been appointed to act as appraiser to determine
the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot
Formula. The appraisal provision contained in the applicable insurance policy requires that the
two of you select a third disinterested person for purposes of conducting the appraisal. As part of
the appraisal you may want to request documents and/or materials form either the insured or the
underwriter. Please make any such requests through one or other of the undersigned with a copy
to the other.

        Please contact each other for the purpose of selecting a third appraiser. Once a third
appraiser has been selected please provide his particulars.

Exhibit  G

# Cella, McKeon & Williams, P.C.

**ATTORNEYS**
**AND COUNSELORS**
**AT LAW**
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
Thomas P. McKeon
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

\*Also admitted in Massachusetts and Maine
\*\*Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
tomm@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

June 14, 2001

**Via fax:  203-256-3252**

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06490

Re: DeRossi vs. National Marine Underwriters, et al

Dear Attorney Lovejoy:

Please be advised that our arbitrator in this matter is William J. Falkenheimer, Jr., Coastal Marine Services, 5 Leslie Circle, East Greenbush, NY 12061. Would you please provide me with the name and address of the arbitrator you have selected?

Please contact me upon receipt of this letter so we may discuss setting this matter down for arbitration as soon as possible.

I await your response.

Sincerely,

Kevin P. Walsh

KPW:fvw

# Cella, McKeon & Williams, P.C.

**ATTORNEYS
AND COUNSELORS
AT LAW**
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Curl E. Cella
James G. Williams
†°Kevin P. Walsh
Michael F. O'Connor
°°Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

DATE    6/14/01

TO  Attorney Lovejoy        FROM    Kevin P. Walsh Esquire

FIRM                FIRM    Cella McKeon & Williams PC

TEL #               TEL #   (203) 239 5851

FAX #   256 - 3252       FAX #   (203) 234 2974

RE  DeRossi v. National Marine

ATTACHED

ORIGINAL    will not be following

MESSAGE    not applicable

# OF PAGES  2  (including cover sheet)

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 24, 2004, postage prepaid, to:


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

Frederick A. Lovejoy