Exhibit 7

# LOVEJOY & ASSOCIATES
ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

April 6, 2001

Re:    DeRossi v. National Marine Underwriters
        (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

Further to our correspondence of March 31, 2001 this will confirm that our client has agreed to toll the one year statute of limitations to and including July 31, 2001, i.e., 30 days beyond the July 1, 2002 date as contained in your correspondence dated March 28, 2001; i.e., the date for the full and final completion of the appraisal process. In exchange for the defendants, as you have referred to my clients, namely National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company, agreeing to "toll" the statute of limitations period contained in the insurance contract your client has agreed that all claims, of whatever nature, will be commenced by July 31, 2001 or are time barred.

As we previously advised you my clients are concerned with the inordinate amount of time that has transpired to date. Simply stated, the passage of time only allows the materials to degrade and will prevent a fair appraisal process to the prejudice of my clients. Please remember that the drop dead date is July 1, 2001. As you know my client selected its appraiser over a month and did not have any response from you until March 28, 2001. No additional extensions will be granted.

Yours very truly,

Frederick A. Lovejoy

FAL/cm
Walsh04/06/01

NEW YORK OFFICE:        82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                        TELEPHONE: (212) 344-1717    TELEFAX: (212) 256-3252

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747    TELEFAX: (401) 421-4818

# Exhibit 8

# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 28, 2001

Via Telefax:  (203) 234-2974

Re:     DeRossi v. National Marine Underwriters
        (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

My client, National Loss Management has been able to identify a substitute appraiser with respect to the matter ahead of the proposed schedule that we suggested in our correspondence dated February 21, 2001.  We are, therefore, ready, willing and able to exchange names of appraisers with you as soon as Dr. DeRossi is ready to name his substitute appraiser.

Thank you for your prompt attention to the above.

Yours very truly,

Frederick A. Lovejoy

FAL/jr
Walsh2.doc

NEW YORK OFFICE:     82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                     TELEPHONE: (212) 344-1717   TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:  1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                     TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

```
MODE = MEMORY TRANSMISSION              START=FEB-28 14:45    END=FEB-28 14:45

    FILE NO. =188

STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION

  001     OK       &          912032342974-7233       001/001  00:00:27
```

*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-* -203 256 3252    - *-*-*-* -    203 256 3252- *-*-*-*-*-*-*-*

## LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes*
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
*Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-5666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 28, 2001

Via Telefax: (203) 234-2974

Re:    DeRossi v. National Marine Underwriters
       (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

My client, National Loss Management has been able to identify a substitute appraiser with respect to the matter ahead of the proposed schedule that we suggested in our correspondence dated February 21, 2001. We are, therefore, ready, willing and able to exchange names of appraisers with you as soon as Dr. DeRossi is ready to name his substitute appraiser.

Thank you for your prompt attention to the above.

Yours very truly,

*[signature]*

Frederick A. Lovejoy

FAL/jr
Walsh2.doc

NEW YORK OFFICE:    82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                    TELEPHONE: (212) 344-1717  TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:  1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                      TELEPHONE: (401) 273-2747  TELEFAX: (401) 421-2818

Exhibit 9

# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

April 6, 2001

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

Further to our correspondence of March 31, 2001 this will confirm that our client has agreed to toll the one year statute of limitations to and including July 31, 2001, i.e., 30 days beyond the July 1, 2002 date as contained in your correspondence dated March 28, 2001; i.e., the date for the full and final completion of the appraisal process. In exchange for the defendants, as you have referred to my clients, namely National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company, agreeing to "toll" the statute of limitations period contained in the insurance contract your client has agreed that all claims, of whatever nature, will be commenced by July 31, 2001 or are time barred.

As we previously advised you my clients are concerned with the inordinate amount of time that has transpired to date. Simply stated, the passage of time only allows the materials to degrade and will prevent a fair appraisal process to the prejudice of my clients. Please remember that the drop dead date is July 1, 2001. As you know my client selected its appraiser over a month and did not have any response from you until March 28, 2001. No additional extensions will be granted.

Yours very truly,

*Frederick A. Lovejoy* (signature)

Frederick A. Lovejoy

FAL/cm
Walsh04/06/01

NEW YORK OFFICE:        82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                        TELEPHONE: (212) 344-1717   TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

Exhibit 10

Post-It™ brand fax transmittal memo 7671 4/6/2001

To: Kevin, Walsh
Co.

Dept.

Fax # (203) 284-2974

From: Fred Lovejoy
Co.

Phone #

Fax #

April 6, 2001

D R A F T

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Mr. Guy Falkenheimer                                    VIA TELEFAX

Mr. John Smith                                          VIA TELEFAX
John Smith and Associates Marine Surveyors             (843) 846-9561
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561

Dear Sirs:

    We wish to advise that each of you has been appointed to act as appraiser to determine the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot Formula. The appraisal provision contained in the applicable insurance policy requires that the two of you select a third disinterested person for purposes of conducting the appraisal. As part of the appraisal you may want to request documents and/or materials form either the insured or the underwriter. Please make any such requests through one or other of the undersigned with a copy to the other.

    Please contact each other for the purpose of selecting a third appraiser. Once a third appraiser has been selected please provide his particulars.

Yours very truly,

_____

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
Attorneys for John Derossi
21 Washington Avenue
North Haven, Connecticut 06473
(203) 239-5881
(203) 234-2974 telefax

_____

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
Attorneys for National Loss Management
3695 Post Road
Southport, Connecticut 06490
(203) 256-8666
(203) 256 3252 telefax

DeRossiFalkenheimer.doc

```
MODE = MEMORY TRANSMISSION              START=APR-06 08:32    END=APR-06 08:33
    FILE NO.=897

STN NO.   COMM.   ABBR NO.    STATION NAME/TEL. NO.    PAGES   DURATION
 001       OK      ☎          912032342974-0722        002/002 00:00:35
```

```
****************************** -203 256 3252    - ***** -      203 256 3252- ********
```

Post-It™ brand fax transmittal memo 7671 | # of pages ▶ 2

To Kevin Walsh         From Fred Lovejoy
Co.                    Co.
Dept.                  Phone #
(203) 384-2974         Fax #

April 6, 2001                    DRAFT

Re:   DeRossi v. National Marine Underwriters
      (Our File: 00-245-CT)

Mr. Guy Falkenheimer                              VIA TELEFAX

Mr. John Smith                                    VIA TELEFAX
John Smith and Associates Marine Surveyors        (843) 846-9561
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561

Dear Sirs:

    We wish to advise that each of you has been appointed to act as appraiser to determine
the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot
Formula. The appraisal provision contained in the applicable insurance policy requires that the
two of you select a third disinterested person for purposes of conducting the appraisal. As part of
the appraisal you may want to request documents and/or materials form either the insured or the
underwriter. Please make any such requests through one or other of the undersigned with a copy
to the other.

    Please contact each other for the purpose of selecting a third appraiser. Once a third
appraiser has been selected please provide his particulars.

Exhibit 11

# Cella, McKeon & Williams, P.C.

**ATTORNEYS**
**AND COUNSELORS**
**AT LAW**
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
Thomas P. McKeon
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weher III

\*Also admitted in Massachusetts and Maine
\*\*Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
tomm@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweher@cmwlawyers.com

June 14, 2001

**Via fax:  203-256-3252**

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut  06490

Re:  DeRossi vs. National Marine Underwriters, et al

Dear Attorney Lovejoy:

Please be advised that our arbitrator in this matter is William J. Falkenheimer, Jr., Coastal Marine Services, 5 Leslie Circle, East Greenbush, NY 12061.  Would you please provide me with the name and address of the arbitrator you have selected?

Please contact me upon receipt of this letter so we may discuss setting this matter down for arbitration as soon as possible.

I await your response.

Sincerely,

Kevin P. Walsh

KPW:fvw

# Cella, McKeon & Williams, P.C.

**ATTORNEYS**
**AND COUNSELORS**
**AT LAW**
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
James G. Williams
†º Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

Individual e-mail addresses:

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

DATE  6/14/01

TO  Attorney Lovejoy

FROM  Kevin P. Walsh Esquire

FIRM

FIRM  Cella McKeon & Williams PC

TEL #

TEL #  (203) 239 5851

FAX #  256 - 3252

FAX #  (203) 234 2974

RE  DeRossi v. National Marine

ATTACHED

ORIGINAL  will not be following

MESSAGE  not applicable

# OF PAGES  2  (including cover sheet)

Exhibit 12

# ═══ Capt. David A. Page ═══
### YACHT SURVEYOR/INSURANCE ADJUSTER
**75 Constitution Ave.**
**Portsmouth, NH 03801**
**603-433-1568 • Fax 603-427-0876**

July 6, 2000

Dr. John Derossi
64 Far Hills Drive
Avon, CT 06001

Re:        Boat Damage
Policy #:     99-103-0188

Dear Dr. Derossi,

As per our recent telephone conversation and your telephone contact with my office on Friday, June 30th, 2000, please note that we are not yet in receipt of the materials requested for our review in connection with our ongoing investigation.

Please assemble and forward your paid invoices for completed repairs to your vessel in connection with your loss on September 21st, 1999 and any other work done since that date. Please note that we are asking for paid invoices showing work that was done, not estimates of repair. It is essential that we determine a) what precisely was done to your engine, b) by whom, and c) when. Your payment of an invoice for services may indicate your repairer's representation that this work has been done, as your payment is for services rendered or agreed upon rather than services proposed. In contrast, an estimate of repair makes no representation that the scope of action described has been taken. It may help you to review your bank statements or otherwise determine precisely what was paid to whom, when, and for what in connection with this loss and any subsequent repairs.

Be assured that we intend no undue delay. Our investigation to date suggests that the supplementary damage claimed is not shown to be causally related to the submersion on the date of loss. Instead of recommending a denial of your claim based on our initial findings, we have requested a thorough examination of all possibilities to make certain you receive all of the coverage due you under the terms and conditions of your policy. I hope you will see this for what it is, as a friendly action intended to seek a fair resolution. I regret that the serving the interests of fairness may have hampered the expedient conclusion of this matter.

Should you have any questions regarding our request or the investigation of your claim, please contact my office. You may also contact National Loss Management at 1-800-262-8252.

**Re: 99703/Derossi**                                                              **2**
**July 6, 2000**

Sincerely,

Capt. David A. Page, A.M.S.
Marine Surveyor/Adjuster

cc: National Loss Management

Exhibit 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN DeROSSI
              Plaintiff,

                                   Case No. 3:02CV247(JCH)

    -against-

NATIONAL LOSS MANAGEMENT,             July 29, 2002
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY
              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>REQUEST FOR PRODUCTION OF DOCUMENTS AND INSPECTION OF THINGS</u>

      PLEASE TAKE NOTICE that in accordance with Rule 34 of the Federal Rules of Civil

Procedure, defendants, National Loss Management, National Marine Underwriters, Inc., and

Hanover Insurance Company, request that the plaintiff, John DeRossi, produce the following

original documents and/or materials and/or things on August 29, 2002, at 10:00 a.m., for inspection,

testing. photographing and photocopying, at the offices of Lovejoy & Associates, 3695 Post Road

Southport, Connecticut 06430. If no originals of a document exist, plaintiff is to produce the

requested document(s) in whatever medium it/they exist. This request is to be deemed continuing up

to and including the time of trial and defendant shall be permitted to inspect any copy of any

document not presently available which subsequently becomes available.

1.     All invoices, receipts, statements, checks, credit card statements which reflect, concern
       and/or relate to the loss and/or damages you claim you incurred as a result of your vessel's
       sinking on or about September 21, 1999, and/or damages that your vessel sustained as a
       result of the sinking.

2.     All documents, reports and/or other writings that you will introduce into evidence at the trial
       of this matter.

1



3.    All invoices and/or statements which reflect actual services and/or repairs made to your vessel as the result of its sinking on or about September 21, 1999.

4.    All notes, letters, reports, correspondence and/or other written communications between plaintiff and/or his agent(s) and any of the defendants following the September 21, 1999 sinking of your vessel.

5.    All engine parts and/or components and/or equipment that you claim were damaged as a result of the sinking of your vessel on or about September 21, 1999.

6.    All fluids and/or liquids that were present in your vessel's engine(s) at the time you noticed the alleged knocking in your engine(s) in the spring and/or summer of 2000.

Dated: Southport, Connecticut
      July 29, 2002

LOVEJOY & ASSOCIATES
Attorneys for Defendants,
National Loss Management,
National Marine Underwriters, Inc.
and Hanover Insurance Company


By:_____
Frederick A. Lovejoy (CT 03121)
3695 Post Road
Southport, Connecticut 06490
(203) 256-8666
(203) 256-3252 (telefax)

DeRossiProduction.doc

2

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on July 29, 2002, postage

prepaid, to:


Kevin P. Walsh, Esq.
Cella McKeon & Williams
21 Washington Avenue
North Haven, Connecticut 06473


_____
Frederick A. Lovejoy

3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 24, 2004,

postage prepaid, to:


Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

_____
Frederick A. Lovejoy

6