UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 25  P 1:41

------------------------------------------------------------------

JOHN DeROSSI

              Plaintiff,

                                      Case No. 3:02CV247(JCH)

    Against

NATIONAL LOSS MANAGEMENT          FEBRUARY 23, 2004
NATIONAL MARINE UNDERWRITERS, INC.,
And HONOVER INSURANCE COMPANY
              Defendants,

------------------------------------------------------------------X

### APPEARANCE

Please enter the appearance of James G. Williams, Esq. of Williams, Walsh & O'Connor, LLC, in addition to attorneys for the plaintiff, John DeRossi.

Dated: North Haven, Connecticut
      February 23, 2004                       THE PLAINTIFF
                                                    JOHN DEROSSI

                                                    By:_____
                                                    James G. Williams
                                                    Williams, Walsh & O'Connor
                                                    110 Washington Avenue, 2$^{nd\ fL}$
                                                    North Haven, CT 06473
                                                    Juris No. 01938

## **CERTIFICATION**

This is to certify that the foregoing has been mailed postage prepaid to the following parties of record on this 23rd day of February 2004.

Frederick Lovejoy, Esquire
Lovejoy & Associates
P.O. Box 56
Easton, Connecticut 06612

James G. Williams
Fed. Bar # 01938