UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DeROSSI
        Plaintiff,

                              Case No. 3:02CV247(JCH)

        Against

NATIONAL LOSS MANAGEMENT
NATIONAL MARINE UNDERWRITERS, INC.,
And HANOVER INSURANCE COMPANY      FEBRUARY 23, 2004
        Defendants,

## OBJECTION TO DEFENDANT'S REQUEST FOR EXTENSION

The plaintiff objects to the defendant's letter requesting permission for an extension to file summary judgment. The objection is made on the following basis:

1.    This case was set down for a pretrial conference with court appointed Special Master in July 2002;

2.    This early effort at case resolution was rejected by the defendant on the basis that it intended to file a dispositive motion.

3.    The defendant previously filed a Motion to Dismiss which resulted in a ruling dated May 5, 2003 permitting the plaintiff to replead by amended complaint which was filed on May 28, 2003;

4.    On June 27, 2003, the defendant filed a Motion for Extension to Respond to Amended Complaint;

5.    On July 2, 2003, the defendant filed an Objection to the Amended Complaint;

6.    On July 16, 2003, plaintiff filed a reply to the Defendant's Objection;

7.    On December 8, 2003, Judge Hall granted the plaintiff's Motion to Amend Complaint;

8.    Since that time, there has been no pleading or dispositive motion.

9. Counsel contacted the undersigned two weeks ago advising that he had a conflict concerning the hearing on February 24, 2004 and requested consent to postpone the hearing. The undersigned advised counsel that he also had conflicts but expected to rearrange his schedule in order to attend the hearing so that the case might move forward. In said conversation, defendant advised that they would be filing an answer immediately.

10. At no time did counsel suggest he sought to postpone the hearing in order to file a summary judgment as was otherwise referenced in his letter of February 12, 2004 to the court. Since that date, there has been no answer filed to the amended complaint.

Wherefore, the plaintiff requests a new hearing with the court at the convenience of the court and plaintiff objects to the defendants request to now file summary judgment.

THE PLAINTIFF

BY *[signature]*
James G. Williams
WILLIAMS, WALSH & O'CONNOR
110 WASHINGTON AVENUE, 2ND
NORTH HAVEN, CT 06473
TELEPHONE (203) 234-6333
JURIS NUMBER 01938

## **CERTIFICATION**

This is to certify that the foregoing has been mailed postage prepaid to the following parties of record on this 23rd day of February 2004.

Frederick Lovejoy, Esquire
Lovejoy & Associates
P.O. Box 56
Easton, Connecticut  06612

*[signature]*
James G. Williams
Fed. Bar # 01938