# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

**Frederick A. Lovejoy***

**Jennifer L. Hayes**☐
**Patricia A. Shepard**†

*Admitted NY, CT, RI and NJ
☐Admitted in NY and CT
†Admitted in CT

276 CENTER ROAD
EASTON, CONNECTICUT 06612
TELEPHONE (203) 459-9941
TELEFAX (203) 459-9943
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

RECEIVED
2004 FEB 17 P 3:00
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

February 16, 2004

[Handwritten margin note: *To the extent this is a Motion for leave to file a Summary Judgment Motion, it is Granted. So Ordered. 2/27/04*]

Re:  DeRossi v. National Loss Management, et al.
     Docket No. 3:02CV247(JCH)
     (Our File: 00-245)

Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dear Judge Hall:

We are counsel for defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company.

On Friday, February 13, 2004, we received your Honor's notice of a trial call for Case No. 3:01(sic)CV247(JCH), a copy of which we enclose. Thereafter, we looked the case up on Pacer to learn for the first time that on December 4, 2003, the Court granted defendants' Motion to File an Amended Complaint. Unfortunately, we were never sent a copy of your Honor's December 4, 2003 decision by the Clerk of Court. (See Docket No. 21)

At the hearing held on May 15, 2003, the Court and the parties had discussed the filing of a Motion for Summary Judgment by defendants following the filing of plaintiff's Amended Complaint. (The Court had thought that some of the issues raised would better be addressed via a Motion For Summary Judgment.)

As the Court will remember, there was a dispute as to whether this matter involved only an Application to Compel Arbitration of the cause of the loss or involved the claims asserted in a Complaint that was appended to the Application to Compel Arbitration.

As of this date, because the defendants were unaware of the Court's December 4, 2003 decision, the defendants have not filed an Answer in this case, nor have they filed their Motion for Summary Judgment.

**RHODE ISLAND OFFICE:**  1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

**NEW YORK OFFICE:**  82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
TELEPHONE: (212) 344-1717   TELEFAX: (203) 459-9943

Honorable Janet C. Hall
February 12, 2004
Page 2

      Therefore, the defendants request that they be allowed to and including February 27, 2004 in which to file their Motion For Summary Judgment and an Answer in this case.

      Finally, because the undersigned has a conflict with a previously scheduled matter; i.e., Michalski v. Hinz, Superior Court CV-03-0348855-S at 2:00 p.m. on February 24, 2004, we request that the Call of the Calendar, in this matter, be adjourned until a date after the Court has ruled on Defendant's Motion for Summary Judgment.

      Respectfully yours,

      Frederick A. Lovejoy

FAL/jr
Enclosure
cc: Kevin Walsh, Esq.
DeRossiHall.doc