# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

**Frederick A. Lovejoy***

**Jennifer L. Hayes**☐
**Patricia A. Shepard**†

*Admitted NY, CT, RI and NJ
☐Admitted in NY and CT
†Admitted in CT

276 CENTER ROAD
EASTON, CONNECTICUT 06612
TELEPHONE (203) 459-9941
TELEFAX (203) 459-9943
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

02CV247MLVF

RECEIVED
2004 FEB 17 P 3:00
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

February 16, 2004

Re: DeRossi v. National Loss Management, et al.
Docket No. 3:02CV247(JCH)
(Our File: 00-245)

Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dear Judge Hall:

We are counsel for defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company.

On Friday, February 13, 2004, we received your Honor's notice of a trial call for Case No. 3:01(sic)CV247(JCH), a copy of which we enclose. Thereafter, we looked the case up on Pacer to learn for the first time that on December 4, 2003, the Court granted defendants' Motion to File an Amended Complaint. Unfortunately, we were never sent a copy of your Honor's December 4, 2003 decision by the Clerk of Court. (See Docket No. 21)

At the hearing held on May 15, 2003, the Court and the parties had discussed the filing of a Motion for Summary Judgment by defendants following the filing of plaintiff's Amended Complaint. (The Court had thought that some of the issues raised would better be addressed via a Motion For Summary Judgment.)

As the Court will remember, there was a dispute as to whether this matter involved only an Application to Compel Arbitration of the cause of the loss or involved the claims asserted in a Complaint that was appended to the Application to Compel Arbitration.

As of this date, because the defendants were unaware of the Court's December 4, 2003 decision, the defendants have not filed an Answer in this case, nor have they filed their Motion for Summary Judgment.

RHODE ISLAND OFFICE:    1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                        TELEPHONE: (401) 273-7747    TELEFAX: (401) 421-4818

NEW YORK OFFICE:        82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                        TELEPHONE: (212) 344-1717    TELEFAX: (203) 459-9943

[Handwritten margin notes: "Treating this also as a Motion for leave to file a summary judgment motion, it is Granted. 2/27/04. So Ordered."]