UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

JOHN DeROSSI

    Plaintiff,

-against-   Case No. 3:02CV247(JCH)

NATIONAL LOSS MANAGEMENT,   February 27, 2004
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY   NOTICE OF MANUAL FILING
    Defendants.

------------------------------------X

FILED 2004 MAR -1 P 2: 26
US DISTRICT COURT
BRIDGEPORT

    Please take notice that defendants National Loss Management, National Marine Underwriters, Inc., and Hanover Insurance Company have manually filed the following document or thing:

    ANSWER

This document has not been filed electronically because

[ X ] the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

    LOVEJOY & ASSOCIATES
    Attorneys for Defendants
    National Loss Management,
    National Marine Underwriters, Inc.
    and Hanover Insurance Company

    By: *[signature]*
    Frederick A. Lovejoy (CT 03121)
    P.O. Box 56
    Easton, Connecticut 06612
    (203) 459-9941
    (203) 459-9943 (telefax)

DeRossiManual.doc

1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 27, 2004, postage prepaid, to:

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

Frederick A. Lovejoy