UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

JOHN DeROSSI

           Plaintiff,

-against-

NATIONAL LOSS MANAGEMENT,
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY
           Defendants.

------------------------------------X

Case No. 3:02CV247 (JCH)

March 15, 2004

Notice of Manual Filing

**FILED**

2004 MAR 16 P 1:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

    Please take notice that defendant National Loss Management, National Marine Underwriters, Inc., and Hanover Insurance Company have manually filed the following document or thing:

SUPPLEMENTAL SUBMISSION IN SUPPORT OF DEFENDANTS NATIONAL LOSS MANAGEMENT, NATIONAL MARINE UNDERWRITERS, INC. AND HANOVER INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT DATED MARCH 24, 2004 (DOCKET NOS. 22, 23, 24 AND 25)

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system

[   ]  the electronic file size of the document exceeds 1.5 megabytes

[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                         Respectfully submitted,

                         LOVEJOY & ASSOCIATES
                         Attorneys for Defendants
                         National Loss Management,
                         National Marine Underwriters, Inc.
                         and Hanover Insurance Company

                         By: *[signature]*
                         Frederick A. Lovejoy (CT 03121)
                         P.O. Box 56
                         Easton, Connecticut 06612
                         (203) 459-9941

DeRossiManualFiling.doc                (203) 459-9943 (telefax)

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 15, 2004, postage prepaid, to:

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

_____
Frederick A. Lovejoy