# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admittted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 21, 2001

Re:  DeRossi v. National Marine Underwriters
     (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

We now have had an opportunity to review the file, conduct research, and speak with our client.

As previously advised by both my client, National Marine Underwriters ("NMU"), and myself, NMU is still amenable to an appraisal, pursuant to the policy provisions, so that the cause of the loss with respect to Dr. Derossi's supplemental claim can be fairly determined. As you are aware, the two appraisers previously selected, one by each party, were unable to agree on the third appraiser. Thereafter, NMU suggested that each party start over by selecting a replacement appraiser, so that the new appraisers might hopefully be able to select a third, but Dr. DeRossi rejected that request.

In addition, given the fact that you have pointed out that any claims of Dr. Derossi are not subject to the one your policy suit time provision, based on Lees v. Middlesex, 219 Conn. 644 (1991), we do not believe it necessary to enter into any additional agreements, except to set a time in which each party is to name a new appraiser. We, therefore, suggest that each party name a new appraiser, (and so that they can select a third appraiser) by March 20, 2001 for the purpose of having them determine the cause of the loss of Dr. DeRossi's supplemental claim. Additionally, we should agree on some mechanism for the selection of a third appraiser in the event the two appraisers, selected by the parties, cannot agree on a third.

NEW YORK OFFICE:      82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                      TELEPHONE: (212) 344-1717    TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE:  1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                      TELEPHONE: (401) 273-7747    TELEFAX: (401) 421-4818

    Additionally, we would request that Dr. DeRossi provide copies of all service records (including method of payment, i.e., check, credit card receipt, etc.) for his vessel's engines, including but not limited to service on his engines following the September, 1999 submersion.

                                          Yours very truly,

                                          Frederick A. Lovejoy

FAL/jr
Walsh2.doc

# LOVEJOY & ASSOCIATES
ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

February 28, 2001

Via Telefax: (203) 234-2974

Re:  DeRossi v. National Marine Underwriters
     (Our File: 00-245-CT)

Kevin P. Walsh, Esq.
Cella McKeon & Williams, P.C.
21 Washington Avenue
North Haven, Connecticut 06473

Dear Mr. Walsh:

My client, National Loss Management has been able to identify a substitute appraiser with respect to the matter ahead of the proposed schedule that we suggested in our correspondence dated February 21, 2001. We are, therefore, ready, willing and able to exchange names of appraisers with you as soon as Dr. DeRossi is ready to name his substitute appraiser.

Thank you for your prompt attention to the above.

Yours very truly,

*[signature]*

Frederick A. Lovejoy

FAL/jr
Walsh2.doc

NEW YORK OFFICE:    82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                    TELEPHONE: (212) 344-1717  TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE: 1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                    TELEPHONE: (401) 273-7747  TELEFAX: (401) 421-4818

## Cella, McKeon & Williams, P.C.

ATTORNEYS
AND COUNSELORS
AT LAW
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
Thomas P. McKeon
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
tomm@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

June 14, 2001

Via fax: 203-256-3252

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06490

Re: DeRossi vs. National Marine Underwriters, et al

Dear Attorney Lovejoy:

Please be advised that our arbitrator in this matter is William J. Falkenheimer, Jr., Coastal Marine Services, 5 Leslie Circle, East Greenbush, NY 12061. Would you please provide me with the name and address of the arbitrator you have selected?

Please contact me upon receipt of this letter so we may discuss setting this matter down for arbitration as soon as possible.

I await your response.

Sincerely,

Kevin P. Walsh

KPW:fvw

**LOVEJOY & ASSOCIATES**
ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes°
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
°Admitted in NY and CT
†Admitted in CT

3695 POST ROAD
SOUTHPORT, CONNECTICUT 06490
TELEPHONE (203) 256-8666
TELEFAX (203) 256-3252
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

6/19/2001

To: Kevin WALSH, ESQ
(203) 234-2974

This is our third transmission of this letter to your office

P.S. Please see answer back

From: F.A. Lovejoy

NEW YORK OFFICE: 82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
TELEPHONE: (212) 344-1717   TELEFAX: (203) 256-3252

RHODE ISLAND OFFICE: 1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

```
MODE = MEMORY TRANSMISSION        START=JUN-14 14:37      END=JUN-14 14:38
   FILE NO.=147

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.   PAGES    DURATION

 001      OK        2        912032342974-0722       003/003  00:00:49
```

-203 256 3252   -***-    203 256 3252-

Post-It™ brand fax transmittal memo 7671  4/6/2001  # of pages ▶ 2
To: Kevin Walsh    From: Fred Lovejoy
Fax # (203) 234-2974

April 6, 2001                                    DRAFT

Re:  DeRossi v. National Marine Underwriters
     (Our File: 00-245-CT)

Mr. Guy Falkenheimer                              VIA TELEFAX



Mr. John Smith                                    VIA TELEFAX
John Smith and Associates Marine Surveyors        (843) 846-9561
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561


Dear Sirs:

   We wish to advise that each of you has been appointed to act as appraiser to determine the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot Formula. The appraisal provision contained in the applicable insurance policy requires that the two of you select a third disinterested person for purposes of conducting the appraisal. As part of the appraisal you may want to request documents and/or materials form either the insured or the underwriter. Please make any such requests through one or other of the undersigned with a copy to the other.

   Please contact each other for the purpose of selecting a third appraiser. Once a third appraiser has been selected please provide his particulars.

## Cella, McKeon & Williams, P.C.

Carl E. Cella
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III
Lynn J. Cella-Coyne

ATTORNEYS
AND COUNSELORS
AT LAW
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com
lynnc@cmwlawyers.com

February 21, 2002

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06490

Re: <u>DeRossi vs. National Marine Underwriters, et al</u>

Dear Attorney Lovejoy:

Enclosed you will find my changes to your letter.

Very truly yours,

Kevin P. Walsh

KPW/amk
Enclosure

# Cella, McKeon & Williams, P.C.

ATTORNEYS
AND COUNSELORS
AT LAW
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III
Lynn J. Cella-Coyne

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

Individual e-mail addresses:

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com
lynnc@cmwlawyers.com

February 26, 2002

William J. Falkenheimer, Jr.
Coastal Marine Services
5 Leslie Circle
East Greenbush, NY 12061

Mr. John Smith
John Smith and Associates Marine Surveyors
P.O. Box 440
Sheldon, South Carolina 29941
Telephone (843) 846-9561

Re: <u>DeRossi vs. National Marine Underwriters, et al</u>

Dear Sirs:

    We wish to advise that each of you has been appointed to act as appraiser to determine the cause of the loss claimed by Mr. John DeRossi with respect to his vessel, a 1989, 31 foot Formula. The appraisal provision contained in the applicable insurance policy requires that the two of you select a third disinterested person for purposes of conducting the appraisal. As part of the appraisal you may want to request documents and/or materials from either the insured or the underwriter. Please make any such requests in writing to both of the undersigned so that both counsel are kept in the loop. We request that you budget four (4) hours of time to complete this assignment however if additional time is necessary you should contact counsel as described above.

    Please contact each other for the purpose of selecting a third appraiser. Once a third appraiser has been selected please provide his particulars.

Very truly yours,

_____
Kevin P. Walsh, Esq.
Cella, McKeon & Williams.
Attorneys for John DeRossi
21 Washington Avenue
North Haven, CT 06473
(203) 239-5851
(203) 234-2974 telefax


Very truly yours,


_____
Frederick A. Lovejoy
Lovejoy & Associates
Attorneys for National Loss Management
3659 Post Road
Southport, Connecticut 06490
(203)256-8666
(203)256-3252 telefax