UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
JOHN DeROSSI

        Plaintiff,

-against-

NATIONAL LOSS MANAGEMENT,
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY

        Defendants.
------------------------------------X

Case No. 3:02CV247(JCH)

March 26, 2004

**FILED**

2004 MAR 29 P 12: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
"PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT" DATED FEBRUARY 16 (SIC), 2004 AND RECEIVED
BY THE UNDERSIGNED'S OFFICE ON MARCH 20, 2004

Now come defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company, and move this Court for an extension of time to and including April 16, 2004 in which to file a reply to Plaintiff's Objection to Defendants' Motion for Summary Judgment dated February 16 (sic), 2004, and state as follows:

1.    That the undersigned has contacted counsel for plaintiff John DeRossi, Kevin Walsh, Esq., and could not obtain his consent without numerous conditions being attached to that consent.

2.    That the reason that the undersigned is requesting the said extension is because the relief requested in plaintiff's Objection goes beyond what defendants National Loss Management, National Marine Underwriters, Inc. and Hanover Insurance Company sought in its Motion for Summary Judgment, and thus requires research on the same, <u>and</u> that the undersigned has <u>four major</u> briefs due in the matter between March 2, 2004 and April 2, 2004.

1

3. That this request is not being made for the purposes of harassment or delay, but to provide the Court with all the information it might need to reach a just and proper decision herein.

Dated: Easton, Connecticut
March 26, 2004

LOVEJOY & ASSOCIATES
Attorneys for Defendants,
National Loss Management,
National Marine Underwriters, Inc.
and Hanover Insurance Company

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DeRossiExtension.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 26, 2004, postage prepaid, to:

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473

_____
Frederick A. Lovejoy