34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# FILED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN DeROSSI

Plaintiff,

-against-

NATIONAL LOSS MANAGEMENT,
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2004 MAR 29 P 12: 21

02CV247 NEXT TIME

Case No. 3:02CV247(JCH) U.S. DISTRICT COURT
BRIDGEPORT. CONN

March 26, 2004

MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
"PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT" DATED FEBRUARY 16 (SIC), 2004 AND RECEIVED
BY THE UNDERSIGNED'S OFFICE ON MARCH 20, 2004

Now come defendants National Loss Management, National Marine Underwriters, Inc.

and Hanover Insurance Company, and move this Court for an extension of time to and including

April 16, 2004 in which to file a reply to Plaintiff's Objection to Defendants' Motion for

Summary Judgment dated February 16 (sic), 2004, and state as follows:

1.    That the undersigned has contacted counsel for plaintiff John DeRossi, Kevin

Walsh, Esq., and could not obtain his consent without numerous conditions being attached to that

consent.

2.    That the reason that the undersigned is requesting the said extension is because

the relief requested in plaintiff's Objection goes beyond what defendants National Loss

Management, National Marine Underwriters, Inc. and Hanover Insurance Company sought in its

Motion for Summary Judgment, and thus requires research on the same, and that the undersigned

has four major briefs due in the matter between March 2, 2004 and April 2, 2004.

1