UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 16 PM 4 44
U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------X
JOHN DeROSSI
            Plaintiff,

-against-

NATIONAL LOSS MANAGEMENT,
NATIONAL MARINE UNDERWRITERS, INC.,
and HANOVER INSURANCE COMPANY
            Defendants.
-----------------------------X

Case No. 3:02CV247 (JCH)

April 16, 2004

Notice of Manual Filing

     Please take notice that defendant National Loss Management, National Marine Underwriters, Inc., and Hanover Insurance Company have manually filed the following document or thing:

     DEFENDANTS NATIONAL LOSS MANAGEMENT, NATIONAL MARINE UNDERWRITERS, INC., AND HANOVER INSURANCE COMPANY'S REPLY TO "PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT" DATED FEBRUARY (SIC) 16, 2004 (DOCKET NO. 33)

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                    Respectfully submitted,

                                    LOVEJOY & ASSOCIATES
                                    Attorneys for Defendants
                                    National Loss Management,
                                    National Marine Underwriters, Inc.
                                    and Hanover Insurance Company

                             By: _____
                                   Frederick A. Lovejoy (CT 03121)
                                   P.O. Box 56
                                   Easton, Connecticut 06612
                                   (203) 459-9941
DeRossiNotice2.doc                 (203) 459-9943 (telefax)

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, on April 16, 2004, to the following:

Kevin P. Walsh, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, Connecticut 06473


_____
Frederick A. Lovejoy