# Cella, McKeon & Williams, P.C.

ATTORNEYS
AND COUNSELORS
AT LAW
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221
203-239-5851
FAX 203-234-2974

Carl E. Cella
James G. Williams
†*Kevin P. Walsh
Michael F. O'Connor
**Lisa D. Galati
Robert J. Flanagan, Jr.
Robert J. Weber III

Individual e-mail addresses

carlc@cmwlawyers.com
jamesw@cmwlawyers.com
kevinw@cmwlawyers.com
michaelo@cmwlawyers.com
lisag@cmwlawyers.com
robertf@cmwlawyers.com
rjweber@cmwlawyers.com

*Also admitted in Massachusetts and Maine
**Also admitted in New York
†Board Certified Civil Trial Specialist

Frederick Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06490

August 8, 2001

Re: DeRossi vs. National Marine Underwriters, et al

Dear Fred:

I contacted you with the name of our arbitrator on June 14, 2001. You indicated my correspondence to the arbitrators is unacceptable. Enclosed is an alternative correspondence to the arbitrators. I request that you get this matter moving as soon as possible.

I am requesting immediate attention to this matter.

Very truly yours,

Kevin P. Walsh

KPW/amk
Enclosure

August 8, 2001

Re:   DeRossi v. National Marine Underwriters, et al.

Dear Gentleman:

You have been selected as arbitrators in connection with the above matter. You have been asked to appraise the damage to Dr. DeRossi's boat. You should both contact one another to select a third mutual arbitrator.

This arbitration will be conducted via telephone. Evidence will be provided to the arbitrators in the telephone arbitration.

It is our hope to finish this arbitration in a single day, however the arbitration may take an additional afertoon. You should ensure that all correspondences and telephone calls are made to both Mr. Lovejoy and myself.

Very truly yours

Kevin P. Walsh & Frederick Lovejoy

Identity of DeRosssi Arbitrator:     William J. Falkenheimer, Jr.
                                     Coastal Marine Services
                                     5 Leslie Circle
                                     East Greenbush, NY 12061