

August 2, 2000        **NATIONAL · LOSS · MANAGEMENT**

John Derossi
64 Far Hills Drive
Avon, CT 06001

RE: Claim Number: H99-00829-1

Dear Mr. Derossi:

The appraisers which have been designated by National Loss Management and yourself have been unable to fulfill their duties as prescribed in the policy. Please refer to your policy:

> Appraisal. If you have met the requirements of Section G, and if the loss is still in dispute, you or we may demand an appraisal of the loss. Each will choose and pay a competent and disinterested appraiser. ***The appraisers will pick a third person to settle differences.*** Each will share other appraisal cost equally. Each appraiser will separately state the amount of loss. An award agreed to in writing by two of these appraisers will be the amount of loss.

As such, please pick a new appraiser and advise us of his name by August 10, 2000 as we shall be doing the same.

Very truly yours,

**NATIONAL LOSS MANAGEMENT**

*Bonnie S. Reed*
Bonnie S. Reed
Claims Examiner
1-800-262-8252

cc: Arnold Gaba (516-868-1555) & Scott Anderson (518) 644-2988

P.O. BOX 4908 • 410 SEVERN AVENUE • SUITE 204 • ANNAPOLIS, MARYLAND 21403
(410) 268-3228 • 1-800-BOAT-CLAims • 1-800-262-8252 • FAX (410) 268-3229

AUG- 4-00 FRI 7:35 SMITH'S                5186445181              P.02

# F.R. SMITH & SONS MARINA

SAGAMORE ROAD, BOLTON LANDING, NEW YORK 12814
P.O. BOX 87                      PHONE (518) 644-5181

August 2, 2000

Gaba Marine Tech & Survey, Inc.

Mr. Gaba;

    In regard to our recent conversations involving a mutual third party. I still would like a Mercury Marine approved performance shop to evaluate this problem. I feel this is a situation that should be reviewed by a qualifed shop that specializes in performance engines.

    I feel a marine surveyor, although experienced, is a "general list", this situation requires a "specialist" in engine overhaul and repair.

    Since Mercury Marine is the engine manufacturer, who better qualified to select 2 or 3 performance shops for you and I to select from?

    I feel this should be a fair and equitable solution to selecting a neutral third party. Please let me know your decision.

Respectfully,

Scott P. Andersen
General Manager

SPA/dpk






# Gaba Marine Tech. & Survey, Inc.

P.O. Box 727
Merrick, New York 11566-0727
1-516/868-1266 • Fax: 1-516/868-1555

*Yacht/Machinery and Damage Surveys*
*Insurance Claim Investigations*
*Litigation Support*

2 August 2000

## FAX TRANSMISSION MEMO

TRANSMISSION TO #(518) 644-2988          PAGES (including cover)  ONE

FIRM:  SMITHS MARINE

ATTENTION:  SCOTT ANDERSON

RE:  JOHN DeROSSI - DISPUTED CLAIM APPRAISAL

Since receiving copy of your completed retainer on 25 July 2000 I have spoken with you several times about the necessity of us agreeing to a third member of the appraisal panel prior to our joint examination should our appointment of the third member become necessary.

In light of the technical & policy coverage issues I suggested qualified laboratories, technically qualified marine surveyors and a technician in your area as possible choices as the third member of the Appraisal Panel, should it become necessary to invoke their services. Additionally I have referred you to the SAMS website for you to review your possible choices of qualified personnel.

I had tentatively arranged to meet with you today if we already agreed to the third member of the panel. As you did not offer alternate choices, I postponed that tentative appointment as we discussed yesterday and I tentatively re-scheduled for tomorrow.

In conversation with you this afternoon, you stated that you would not agree to any qualified laboratory, qualified marine surveyor or even the local technician and your only choice would be a Mercruiser Performance Mechanic but you could not even offer a reference for us to interview whether any such reference would be fully qualified to evaluate all the issues in question.

Without our agreement to the identity and availability of a competent and disinterested third appraiser, under the terms of the policy "Appraisal" of this matter cannot proceed.

Please inform ASAP.

For the Firm:
Arnold Gaba, MS, AMS/SMS

SAMS Accredited • EPA/OSHA HAZ-MAT Certified • PADI Certified • SNAME, ABYC, NFPA, IAMI Affiliated

AGENT COPY

## FLAGSHIP DECLARATION PAGE AND POLICY

**NATIONAL MARINE UNDERWRITERS, Incorporated**   RP 10

410 SEVERN AVE., SUITE 207, ANNAPOLIS, MARYLAND 21403 • PO BOX 4636, ANNAPOLIS, MARYLAND 21403
FOR INFORMATION CALL 1-800-BOAT INSurance (1-800-262-8467) LOCAL MD 410-268-3100 LOCAL FAX 410-268-9784 FOR CLAIMS CALL 1-800-262-8252

T  6/20/99

| COUNTERSIGNATURE | (1) PREMIUM DUE DATE | (2) NON-PAYMENT VOIDANCE DATE | POLICY PERIOD FROM | TO | TIME (ET) | REFERENCE/POLICY NO. |
|---|---|---|---|---|---|---|
| NOT REQUIRED | 6/20/99 | 6/10/99 | 6/10/99 | 6/10/00 | 12:01 AM | H 99-103-0188 |

| (3) INSURANCE COMPANY | AUTHORIZED REPRESENTATIVE | ENDORSEMENTS: |
|---|---|---|
| THE HANOVER INSURANCE COMPANY | Patricia A. Goodchild | THIS POLICY IS AMENDED TO EXCLUDE DAMAGED OR MALFUNCTIONING EQUIPMENT CAUSED IN WHOLE OR PART BY ELECTRONIC DATE RECOGNITION FAILURE. |

**POLICYHOLDER'S ADDRESS**
JOHN DEROSSI
54 FAR HILLS DR
AVON    CT 06001

**LIEN HOLDER OR LOSS PAYEE**
N O N E

| ITEMS TO BE COVERED BY THE INSURANCE | AMT. OF INS. | DEDUCT. AMT. | PREMIUM |
|---|---|---|---|
| A. YACHT AND EQUIPMENT (INCLUDING ITS TENDER AND TENDER MOTOR IF SHOWN BELOW) | $ 45,000 | $ 900 | $ 1,284 |
| THEFT DEDUCTIBLE | INCLUDED | $ 4,500 | INCLUDED |
| CATASTROPHE DEDUCTIBLE | INCLUDED | $ 4,500 | INCLUDED |
| ADDITIONAL DEDUCTIBLES | | | |
| PER ENGINE / OUTDRIVE PER OCCURRENCE | INCLUDED | $ 900 | INCLUDED |
| B. PERSONAL EFFECTS | $ 500 | | INCLUDED |
| ADDITIONAL PERSONAL EFFECTS | $ N/A | $ 50 | $ NOT PURCHASED |
| C. TRAILER (MAKE) (YEAR) | $ | $ | $ NOT PURCHASED |
| D. YACHT LIABILITY | $ 300,000 (LIMIT OF LIABILITY) | NIL | $ 387 |
| F. MEDICAL PAYMENTS | $ 2,500 | NIL | INCLUDED |
| ADDITIONAL MEDICAL PAYMENTS | $ N/A | NIL | $ NOT PURCHASED |
| I. OTHER (Specify) EMERGENCY TOWING ASSISTANCE | $ N/A | $ | $ NOT PURCHASED |
| WAIVER OF DEPRECIATION | N/A | | NOT PURCHASED |

PARTICULARS OF ANY LOSSES OR MOVING TRAFFIC VIOLATIONS, INCLUDING AUTOMOBILE, AIRPLANE, HOME OR BOAT DURING THE PAST 3 YEARS. IF NONE SO STATE.
NO LOSSES AND NO MOVING TRAFFIC VIOLATIONS

HAS ANY INSURANCE BEEN REFUSED OR CANCELLED OR NON-RENEWED? (IF YES, EXPLAIN)
NO

DATE REC. 6-7-99   AMT. REC. 1,671   APPROVED BY

NAVIGATIONAL LIMITS WHILE AFLOAT (NAUTICAL MILES): INLAND WATERS

TOTAL DUE $ 1,671
**CHECKS DRAWN ON U.S. BANKS ONLY**

ANY UNREPAIRED DAMAGE TO YACHT, TENDER OR MOTOR(S)   [X] NO   [ ] YES (If yes explain)

| ITEM | BUILDER | MODEL | YR BUILT | TYPE | LENGTH | HULL | DATE PURCHASED | PURCHASE PRICE | AGREED VALUE | MAX. SPEED (MPH) | NO. OF ENGINES | NAME OF YACHT | HULL I.D. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YACHT | Formula - Thunderbird | F311SR1 | 89 | P | 31 | FG | 05/89 | 82,000 | 45,000 | 50 | 2 | | TNRD97422E789 |
| TENDER | | | | | | | | | | | | | |

| ITEM | MAKE OF MOTOR | YR BUILT | TYPE OF ENGINES | TYPE OF FUEL | HORSE POWER | SS PROP | OUTDRIVE OR ENGINE SERIAL NUMBER | WHERE IS YACHT PRIMARILY KEPT | STATE |
|---|---|---|---|---|---|---|---|---|---|
| YACHT MOTOR(S) | Mercruiser | 89 | I/O | G | 365 | Y | S-C623770 | 2RESIDENCE IN WATER | NY |
| | Mercruiser | 89 | I/O | G | 365 | Y | P-C623761 | IS YACHT USED AS OWNER RESIDENCE  NO | |
| TENDER | | | | | | | | IS YACHT RENTED OR CHARTERED  NO | |
| TROLLING | | | | | | | | | |

**ALL INFORMATION ON THE YACHT OWNER(S) AND USER(S) MUST BE COMPLETED**

| (4) NAMED OPERATOR ONLY NAME | OWNER (O) USER (U) | OCCUPATION | DRIVER'S LICENSE NUMBER | AGE | PERCENTAGE OF USE | MARITAL STATUS | YEARS OF BOATING EXPERIENCE | COURSES COMPLETED | MOVING TRAFFIC VIOLATION | HAS DRIVER LICENSE EVER BEEN SUSPENDED OR REVOKED | YEARS AS YACHT OWNER | PRIOR LOSSES | CHARGED or CONVICTED OF A DUI, DWI or OUI | CONVICTED OF A FELONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  JOHN DEROSSI | O | SURGEON | 194814484 | 48 | 100 | M | 35 | N | N | | 13 | NO | NO | NO |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |

**Important Instructions! - Read Carefully!**
* Check all information for accuracy and completeness.
* Sign the original (white) copy and return it with the TOTAL DUE made payable to NATIONAL MARINE UNDERWRITERS, INC.
* Premium payment must be postmarked by the "Premium Due Date" as shown in Block One (1) or the policy will be voided effective the date shown in "Non-Payment Voidance Date" Block Two (2).
* To make premium payment by Visa or Mastercard, please call.
* No Agents Checks

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.
  I have read and understand the instructions. I am aware of the premium payment requirement. I realize that if I don't pay the premium by the due date shown in block number one (1), my policy will be voided effective the date shown in block number two (2).
  The information above is the basis for this policy. I/we understand that if any of the statements are not true, then there will be no coverage under this policy.
NO coverage for RENTAL or COMMERCIAL use unless indicated.
YOU WILL BE CHARGED $25.00 FOR ALL RETURNED CHECKS.   JMS030 gas020 990716

| SIGNATURE OF APPLICANT 1ST OWNER | SIGNATURE OF APPLICANT 2ND OWNER | SIGNATURE OF APPLICANT 3RD OWNER | SIGNATURE OF APPLICANT 4TH OWNER | DATE |
|---|---|---|---|---|