# YOUR FLAGSHIP POLICY

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with the policy provisions. If payment of your premium, for any reason, is not honored by your bank, you did not have nor do you have any coverage under this policy.

## DEFINITIONS

Throughout this policy, "you" and "your" refer to the Named Insured on the Declaration Page. "We", "us" and "our" refer to the company providing this insurance and National Marine Underwriters, Inc. Certain words in the policy are defined as follows:

**"Named Insured"** - This means the person or organization shown on the Declaration Page of this policy as an owner of the insured yacht.
**"Insured Person"** - This means you, a family member or any other person or organization operating the insured yacht with your permission, free of charge, unless this Policy is restricted to Named Operators (see Block Four (4) on Declaration Page and definition of Named Operator below). This does not include a paid master or crew member of the insured yacht or any person or organization (or employee thereof) operating a shipyard, marine sales agency or similar business. Insurance provided other persons or organizations under this policy does not cover their possible liability to you.
**"Named Operator"** – IF INDICATED ON THE DECLARATION PAGE this means no coverage is provided under this policy when the Insured Yacht is being operated by any other than those listed as operators.
**"Family Member"** - This means a person related to you by blood, marriage or adoption who is a resident of your household, or any other person who is a resident of your household for more than 30 days, including a ward or foster child.
**"Insured Yacht"** - This means the yacht and tender shown on the Declaration Page, including spars, sails, machinery, fittings and other equipment attached to and part of the yacht normally used in the operation or maintenance of the yacht. Moorings and cradles are excluded.
**"Tender"** – IF INDICATED ON THE DECLARATION PAGE this means the yacht's tender (dinghy) and motor provided you are the owner, and the tender is used to service the yacht and is not more than fourteen feet (14') in length nor capable of speeds in excess of twenty-five (25) knots.
**"Personal Effects"** – This means wearing apparel, sports equipment and other personal property belonging to you, any family member, guest, or volunteer crew. It does not include money, travelers checks, securities, valuable papers or other documents.
**"Theft Deductible"** – IF A THEFT DEDUCTIBLE IS SHOWN ON THE DECLARATION PAGE it is applicable only to the theft or the entire yacht whether recovered or not. Bahama double deductibles DO NOT APPLY to the theft of the entire yacht.
**"Port Risk Only"** – IF INDICATED ON THE DECLARATION PAGE this means that no coverage is afforded under this policy for any loss that occurs while the Insured Yacht equipment is away from the location shown or underway.
**"Emergency Towing Assistance"** – IF INDICATED ON THE DECLARATION PAGE we will pay up to the limit shown on the Declaration Page for the reasonable costs incurred resulting from emergency commercial towing of your yacht while afloat to the nearest place where necessary repairs can be made to it.
**"Agreed Value"** – This means you agreed with us that your yacht is worth the Amount of Insurance shown on the Declaration Page. In the event of a total loss or total theft we will pay, at our option, the Amount of Insurance less the applicable deductible, or replace the Insured Yacht with one of like kind and quality, less applicable deductible.
**"Waiver of Depreciation"** – IF INDICATED ON THE DECLARATION PAGE this means we will settle your insured claim for partial loss or damage without consideration of depreciation, EXCEPT SAILS.
**"Catastrophe Deductible"** – IF A CATASTROPHE DEDUCTIBLE IS SHOWN ON THE DECLARATION PAGE it is applicable if the yacht is damaged by an event that is assigned a catastrophe number by Property Claim Services. The Bahama double deductibles DO NOT APPLY to catastrophe losses.
**"Extended Cruising Endorsement"** – IF INDICATED ON THE DECLARATION PAGE and in consideration of the premium received, it is hereby understood and agreed the navigational limits are extended to include (or not further than [illegible]) the Caribbean, but no further East than 59 degrees West longitude and no further South than 8 degrees North latitude. It is also hereby warranted that the insured vessel be South of 16 degrees North latitude on or before June 1st and remain South of this parallel through November 1st. Deductibles applying during this navigation period shall be double the deductible amount shown on the Declaration Page outside of Coverage A Yacht & Equipment, no less than $2,000. The territorial waters of CUBA, COLOMBIA, NICARAGUA, AND HAITI are excluded.
**"Convicted"** – means a determination of guilt that is the result of a plea or trial regardless of whether adjudication is withheld.

## SECTION A  YACHT AND EQUIPMENT

**What We Insure.** This is an Agreed Value Policy. We cover the Insured Yacht for the amount shown on the Declaration Page, less the applicable deductible. This is the maximum amount we will pay for the Insured Yacht and equipment. The maximum amount we will pay for the Tender is the Agreed Value of the Tender as shown on the Declaration Page.
**Coverage Provided and Deductible.** We will indemnify the insured the cost to repair direct and accidental physical damage (unless excluded) to the Insured Yacht and equipment, minus any applicable deductible shown on the Declaration Page and any applicable depreciation. The Bahama double deductibles do not apply to catastrophe losses.
**Condition of Payment of Loss.** We may pay for a loss in money with proper deduction for depreciation. We may also repair, replace damaged or missing parts with parts of like kind or quality. Before we pay for or replace property stolen or presumed stolen, we may return it to you, with payment for any physical damage, less the applicable deductible, as shown on the Declaration Page. If your Insured Yacht is stolen or presumed stolen, and is not found, we will pay for the loss, less the applicable deductible, or, at our option, replace the Insured Yacht with one of like kind and quality, less the applicable deductible after 30 days from the day you reported the loss to us. If you have met the requirements of Section G, any loss under Section A or Section C shall be payable to the Named Insured and the lien holder as shown [illegible].
**When the estimated cost of the reasonable expense of recovering and/or repairing the Insured Yacht exceeds 70% of the Amount of Insurance, we may, at our option, replace the Insured Yacht with one of like kind and quality, less applicable deductible, or pay the Amount of Insurance less the applicable deductible. At our option, the Insured Yacht becomes our property.**
When we pay for a loss and the salvage becomes our property, you must give us clear title to the salvage. When we pay a total loss the premium is fully earned.
**Oil/Fuel Clean up or Disposal** – If you are legally obligated to clean up or dispose of all fuel, we will indemnify the Insured the amount necessary to attempt to actually to clean up or dispose of oil/fuel but not to exceed 16% of the Amount of Insurance for the Insured Yacht as shown in Section A (YACHT AND EQUIPMENT) on the Declaration Page. This coverage does not apply to civil penalties or fines as a result of a fuel spill or cleanup.
**Emergency Expense Reimbursement** – Coverage is up to deductible $500 for reasonable reimbursement of emergency expenses you incur as a result of an insurable occurrence beyond 100 miles from your primary point of debarkation. The reimbursement of these expenses is limited to temporary, economical lodging and/or transportation in instances wherein continued use or habitation of the Insured Vessel is impermissible or unsafe.
**Towing.** We will pay the reasonable expense to tow your vessel from the scene of an insurable loss to the nearest repair facility.
**Abandoned Property.** We are not obligated to accept any property which you abandon to us.
**Appraisal** – If you have met the requirements of Section G, and in the loss is in dispute, you or we may demand an appraisal of the loss. Each will choose and pay a competent and disinterested appraiser. The appraisers will pick a third person to settle differences. Each will share other appraisal costs equally. Each appraiser will separately state the amount of loss. An award agreed to in writing by two of these appraisers will be the amount of loss.
**Unrepaired Damage.** We will not pay for unrepaired prior damage in addition to a payment for a subsequent total loss of the yacht and its equipment.
**Our Option of Repair.** We have the option of limiting payment to the reasonable cost of applying suitable patches in accordance with good marine repair practice, to damaged area.
**Reinstatement of Coverage.** If your Insured Yacht is damaged, the amount of coverage for the yacht will be reduced by the amount of the damage. The coverage will automatically be increased at no additional premium by the cost of repairs completed, until the Amount of Insurance has been restored or the policy expires.

## SECTION B  PERSONAL EFFECTS

**Provided with Yacht and Equipment.** When insurance is provided under Section A Yacht and Equipment, Insurance is also provided under this Section.
**What We Insure.** We cover Personal Effects while they are on board or being carried onto or off the Insured Yacht but only while the Insured Yacht is afloat.
**Coverage Provided.** We will pay for direct and accidental loss to Personal Effects, less the applicable deductible.
**Valuation.** We will pay for the actual cash Value of Personal Effects, but not exceeding what it would cost to repair or replace the property with material of like kind and quality. Our liability in any one accident to Personal Effects will not be more than the amount shown on the Declaration Page.

