**SECTION C - TRAILER**

**What we Insure.** We cover the trailer used for the transportation of the Insured Yacht if an Amount of Insurance is shown for the trailer on the Declaration Page. We do not provide liability coverage for the trailer.

**Coverage Provided.** We will pay for direct and accidental physical damage to the trailer unless excluded. We will also pay for loss as a result of the theft of the entire trailer.

**Deductible.** Each adjusted loss to the trailer will be reduced by the deductible amount shown for the trailer on the Declaration Page.

**Valuation.** We will pay for loss to the trailer without deducting any amount for depreciation. Our liability for any one loss will not exceed the Amount of Insurance shown for the trailer on the Declaration Page.

**Abandoned Property.** We are not obligated to accept any property which you abandon to us.

**SECTION D - YACHT LIABILITY**

**Liability Coverage.** We will pay damages, except punitive damages, for bodily injury or property damage for which the Named Insured or any Insured Person becomes liable by reason of the ownership, operations, maintenance or use of the Insured Yacht. This does not include the trailer. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. Our obligation to settle or defend ends when the amount we pay for damages equals our limit of liability stated for this coverage. The number of Insured Persons does not increase the limit of liability as shown in Section D of the Declaration Page.

**Supplementary Payments.** In addition to the limit of liability shown for Yacht Liability on the Declaration Page, we will pay on behalf of a Named Insured or an Insured Person:
- Premiums on appeal bonds and other bonds required in any suit we defend, but not for bonds in amounts which exceed the limit of liability stated for Yacht Liability.
- Interest which is earned on our portion of a judgment before we make payment.
- Loss of earnings (but not other income) up to $50 a day for attendance at court proceedings at our request.
- Other reasonable expenses incurred at our request.

**Removal of Wreck.** If you are legally obligated to remove or otherwise dispose of the wreck of the Insured Yacht, we will pay the amount necessary to attempt to actually remove or otherwise dispose of the wreck, or the amount for which you are held legally liable for failing to do so, but not to exceed 15% of the Amount of Insurance for the Insured Yacht as shown in Section A (YACHT AND EQUIPMENT) on the Declaration Page.

**SECTION E - MEDICAL PAYMENTS**

**Provided with Yacht Liability.** When Liability Insurance is provided under Section D, Yacht Liability Insurance is also provided under this section.

**Coverage Period.** We will pay the necessary medical and funeral service expenses incurred within one year from the date of an accident causing bodily injury to any person while in, upon, boarding or leaving or while water skiing behind the Insured Yacht. Medical expenses means reasonable charges for medical, surgical, X-ray, dental, ambulance, hospital and professional nursing services. Medical expenses also include prosthetic devices.

**Limit of Liability.** Our liability in any one accident shall not exceed the amount of insurance shown for Medical Payments on the Declaration Page, regardless of the number of persons involved or claims made, regardless of the number of Insured Persons.

**Conditions for Payment.** A person seeking payment for bodily injury must also:
- Submit, as often as we require, to physical examinations by physicians of our choice.
- Permit us to obtain copies of medical reports and other medical records.

**UNINSURED BOATERS COVERAGE.** Here, we will extend your medical payment coverage limit to $25,000 because of bodily injury received aboard your vessel caused by collision with an Uninsured vessel.

**EXCLUSIONS.** We do not provide coverage under Uninsured Boaters Coverage:
A) For vessels owned by or furnished for your regular use or the use of a member of your immediate family or any person insured by this policy.
B) For a Uninsured Person using your vessel without your permission.
C) Where no evidence of physical contact exists between our vessel and an Uninsured vessel, or where no evidence of physical contact exists between your vessel and an Uninsured vessel.
D) When the vessel named in this policy is being chartered.

[illegible paragraph regarding claims and workers compensation law]

**SECTION G - DUTIES FOLLOWING A LOSS**

**Duties Following Any Loss.** In the event of any accident that might give rise to a claim under any section, any insured or their representative must give immediate notice to National Marine Underwriters, Inc. by phone and in writing at the address appearing on the policy, of the details involved as follows:
- As to how, when and where the loss occurred, the property involved, the names and addresses of any persons injured or killed, and the names and addresses of any witnesses.
- Immediately forward to us any legal papers or notices received in connection with the loss.
- [illegible]
- Cooperate with us in the investigation, defense, or settlement of any loss, and agree to be examined under oath if we request.
- Permit us to examine any records regarding the loss and its amount.
- Take all reasonable steps to protect the Insured Yacht or other Insured property from further loss. We will pay the reasonable expenses incurred in doing this.
- Give prompt notice to the Coast Guard or other authorities upon discovery of theft of the Insured Yacht, its equipment, Personal Effects, or trailers.
- Permit us to inspect the damage to the Insured Yacht, its equipment or personal property before it is disposed of or repaired.
- Submit a written sworn proof of loss within 60 days unless we waive this requirement in writing.

Failure to comply with these duties may result in the loss of coverage under this policy.

**SECTION H - GENERAL CONDITIONS**

These conditions apply to all sections of this policy.

**Changes to Policy.** This policy contains all the agreements between you and us. No changes may be made to the policy or to the vessel unless they are in writing and approved by National Marine Underwriters.

**When and Where You Are Covered.** Coverage is provided during the period shown on the Declaration Page while the Insured Yacht is afloat within the navigable waters of the Continental United States or Canada, or miles offshore, unless otherwise extended or restricted on the Declaration Page, or on shore or being transported on land. The navigation limits of this policy are extended because of circumstances beyond the control of the operator or by being told of the aid of a vessel in distress, or by inclement weather, until the policy's next normal effective date provided notice is given to National Marine Underwriters. The territorial waters of CUBA, COLOMBIA, NICARAGUA, and HAITI are excluded. All BAHAMIAN territorial waters are excluded unless otherwise extended or endorsed on the Declaration Page.

**Private Pleasure Only.** You must make certain that the Insured Yacht is used for personal or non-commercial use. Any use for which a charge is made, whether by you or not, is not covered. No agency or RENTAL or COMMERCIAL use is permitted.

**Concealment or Misrepresentation.** If any person or organization has negligently or intentionally omitted, misrepresented or concealed any material fact...