**EXCLUSIONS**

**SECTION II**

ALLMERICA FINANCIAL®
HANOVER INSURANCE

* THE EXCLUSIVE FINANCIAL RESPONSIBILITY FOR THIS CONTRACT IS ASSUMED SOLELY BY THE ISSUER DESIGNATED IN BLOCK #3 OF THE DECLARATION PAGE (SEE REVERSE).