UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN DeROSSI

V                                              3:02CV247 JCH

NATIONAL LOSS MANAGEMENT,
NATIONAL MARINE UNDERWRITERS,
INC., and HANOVER INSURANCE
COMPANY

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 30, 2004, entered a Ruling granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that summary judgment is granted and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of July, 2004.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
   Catherine Boroskey
   Deputy Clerk

Entered on Docket _____